AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S | United States District Court | 8/1/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date  <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street <br> Room C-255 <br> New Orleans, Louisiana 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2005 AUG -7 A 11:00
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)* —··

[ ]     NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Practising Law Institute | March 27-28, 2005; Speaker, International Business Litigation and Arbitration; New York, New York; Travel, lodging, meals |
| 2. American Bar Association | August 9-11, 2005; Post-Annual Meeting (American Bar Association Antitrust Section), Lake Louise Canada; Travel, lodging, meals |
| 3. New York Intellectual Property Law Assocaition | December 13-14, 2005; Speaker, New York Intellectual Property Law Association; New York, New York; Travel, lodging, meals |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 8/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank F/N/A Bank One | Revolving Credit | K |
| 2. Citibank | Revolving Credit | K |
| 3. American Express | Revolving Credit | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 8/1/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. see attached spreadsheets | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 8/1/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 8/1/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _8/1/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method Code | (1) | (2) | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| Description of Assets | Amt. Code | Type | Value Code | | Type | Date | | | |
| IRA #1, Merrill Lynch New Orleans, Louisiana as follows: | | | | | | | | | |
| a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| b. Lord Abbett Global FD | A | Dividend | J | T | | | | | |
| c. Putnam International Equity FD CL B | A | Dividend | J | T | | | | | |
| d. Davis NY Ventures FD B | A | Dividend | J | T | | | | | |
| Columbia Marsico Foused Equities FD B e. F/K/A Nations Marsico | A | Dividend | J | T | | | | | |
| IRA #2, Rollover Merrill Lynch as follows: | | | | | | | | | |
| Merrill Lynch USA Rasp F/K/A Merrill a. Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| Lord Abbett Developing Growth b. FD CL B | none | | | | Sale | 5/16 | J | A | n/a |
| c. Putnam Health Sciences Trust Class B | none | | | | Sale | 5/16 | K | A | n/a |
| d. Putnam International Equity FD CL B | A | Dividend | L | T | | | | | |
| e. Seligman Commun. & Info. FD CL B | none | | | | Sale | 5/16 | K | A | n/a |
| f. ML Focus Twenty Fund CL B | none | | | | Sale | 5/16 | J | A | n/a |
| g. ML Fundamental Growth B | A | Dividend | K | T | | | | | |
| h. Oppenheimer Global Opp FD CL B | A | Dividend | K | T | | | | | |
| i. Munder Small Cap Value CLB | A | Dividend | L | T | Buy | 5/17 | K | | n/a |
| j. Columbia Marsico Foused Equities FD B | A | Dividend | K | T | Buy | 5/17 | K | | n/a |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method Code | (1) | (2) | (3) Value Code | (4) Gain Code | (5) |
| Description of Assets | Amt. Code | Type | Value Code | | Type | Date | | | Identity of buyer/seller |
| **IRA #2, Rollover Merrill Lynch as follows: (continued)** | | | | | | | | | |
| k. ING International Small Cap Growth Fund B | A | Dividend | J | T | | | | | |
| l. Davis NY Venture FD B | A | Dividend | L | T | | | | | |
| m. Mass Investors Growth Stock Fund Class B | A | Dividend | J | T | | | | | |
| n. ML Value Opp Fund CL B | A | Dividend | K | T | | | | | |
| **IRA #3, Merrill Lynch, New Orleans, Louisiana as follows:** | | | | | | | | | |
| a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| Lord Abbett Developing Growth b. FD CL B | A | Dividend | J | T | | | | | |
| c. Davis NY Venture FD B | A | Dividend | J | T | | | | | |
| d. Putnam International Equity FD CL B | A | Dividend | J | T | | | | | |
| Columbia Marsico Foused Equities FD B e. F/K/A Nations Marsico | A | Dividend | J | T | | | | | |
| **Profit Sharing Retirement Plan - Fidelity Investments, as follows:** | | | | | | | | | |
| a. Low Price Stock Fund | E | Dividend | M | T | | | | | |
| b. Growth & Income Fund | B | Dividend | M | T | Buy | 6/27 | K | | n/a |
| | | | | | Sale | 7/11 | M | B | n/a |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method Code | (1) | (2) | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| Description of Assets | Amt. Code | Type | Value Code | | Type | Date | | | |
| Profit Sharing Retirement Plan - Fidelity Investments, as follows: (continued) | | | | | | | | | |
| c. Growth Co. Fund | B | Dividend | M | T | Buy | 6/27 | J | | n/a |
| | | | | | Sale | 7/11 | M | D | n/a |
| d. Ret Gov't (Money Market Fund) | A | Dividend | K | T | Partial Sale | 6/27 | L | | n/a |
| e. Spartan U.S. equity index | C | Dividend | M | T | Buy | 6/27 | J | | n/a |
| f. Oakmark Int Fund | E | Dividend | M | T | | | | | |
| g. Clipper Fund | A | Dividend | C | T | Buy | 6/27 | K | | n/a |
| | | | | | Partial Sale | 7/11 | N | C | n/a |
| h. JPM Midcap Value IS | D | Dividend | N | T | Buy | 7/11 | N | | n/a |
| i. Baron Growth | D | Dividend | M | T | Buy | 7/11 | M | | n/a |
| j. Villere Balanced | D | Dividend | M | T | Buy | 7/11 | M | | n/a |
| Cash Management Account, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash / CMA Money Fund | A | Dividend | J | T | Buy | 11/23 | J | | n/a |
| Capital One Financial Common F/K/A Hibernia Corporation Common (J) (Gift from parents)(Exchange of stock due to b. merger) | B | Dividend | L | T | Partial Sale | 11/23 | J | A | n/a |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method Code | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amt. Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller |
| Child's Trust, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | | | | | |
| c. Putnam International Equity FD CL B | A | Dividend | J | T | Partial Sale | 6/27 | J | A | n/a |
| | | | | | Partial Sale | 7/26 | J | A | n/a |
| | | | | | Partial Sale | 11/25 | J | A | n/a |
| | | | | | Partial Sale | 12/27 | J | A | n/a |
| d. Davis NY Venture FD B | A | Dividend | J | T | Partial Sale | 1/21 | J | A | n/a |
| | | | | | Partial Sale | 3/2 | J | A | n/a |
| | | | | | Partial Sale | 4/4 | J | A | n/a |
| | | | | | Partial Sale | 8/26 | J | A | n/a |
| | | | | | Partial Sale | 11/1 | J | A | n/a |
| e. ML Global Growth CL B | none | | | | Sale | 1/21 | J | A | n/a |
| f. ML Value Opp Fund CL B | none | | | | Sale | 5/13 | J | A | n/a |
| | | | | | Sale | 9/20 | J | A | n/a |
| Columbia Marsico Foused Equities FD B g. F/K/A Nations Marsico | A | Dividend | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amt. Code | Type | Value Code | Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller |
| Life Insurance - Mass Mutual | | | | | | | | | |
| a. MML Equity Index. | A | Dividend | J | T | | | | | |
| b. Oppenheimer Aggressive Growth | A | Dividend | J | T | | | | | |
| c. Oppenheimer Capital Appreciation | A | Dividend | J | T | | | | | |
| d. Oppenheimer Global Securities | B | Dividend | J | T | | | | | |
| e. Oppenheimer Growth & Income | A | Dividend | J | T | | | | | |
| f. Panorama Growth Division | A | Dividend | J | T | | | | | |
| Checking and Money Market Accounts, J.P. Morgan F/K/A Bank One, New Orleans, Louisiana | A | Interest | K | T | | | | | |
| Bank One Securities Corporation | | | | | | | | | |
| a. Daily Tax Exempt Money FD SH Ben Int | A | Dividend | J | T | | | | | |